No. 99–8095. KING v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 99–8097. MITCHELL v. ROACH ET AL. C. A. D. C. Cir. Certiorari denied.

No. 99–8100. MCDOWALL v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 99–8102. MUHAMMAD v. STORR ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–8104. JOHNSON v. LOUISIANA. C. A. 5th Cir. Certiorari denied.

No. 99–8106. CURTIS v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 99–8108. HENDERSON v. VIRGINIA EMPLOYMENT COMMISSION ET AL. Sup. Ct. Va. Certiorari denied.

No. 99–8111. WASHINGTON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–8113. WILLIAMS v. PITCHER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–8114. WARE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–8123. PERRY v. FILES ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–8128. A'KU v. MOTOROLA, INC. C. A. 7th Cir. Certiorari denied.

No. 99–8131. SKYERS v. DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. Certiorari denied.

No. 99–8134. WALKER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–8137. COLEMAN v. JOHN THOMAS BATTS, INC. C. A. 6th Cir. Certiorari denied.